FILED US District Court-UT
NOV 09 '22 AM 11:00

TRINA A. HIGGINS, United States Attorney (#7349)
ALLISON H. BEHRENS, Assistant United States Attorney (#38482MO)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| UNITED STATES OF AMERICA, | INDICTMENT |
|---|---|
| Plaintiff, | Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| vs. | Count 2: 18 U.S.C. § 922(g)(3), Unlawful Drug User and Addict in Possession of a Firearm |
| JOHN ROCKNE MENDENHALL, | |
| Defendant. | Case: 1:22-cr-00105<br>Assigned To : Kimball, Dale A.<br>Assign. Date : 11/8/2022 |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 24, 2022, in the District of Utah,

JOHN ROCKNE MENDENHALL,

defendant herein, knowing he had previously been convicted of a crime punishable by imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a

Brixia make, Charles Daly 1911 model, .45 caliber pistol and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

COUNT 2
18 U.S.C. § 922(g)(3)
(Unlawful Drug User and Addict in Possession of a Firearm)

On or about July 24, 2022, in the District of Utah,

JOHN ROCKNE MENDENHALL,

defendant herein, knowing he was an unlawful user of a controlled substance and was addicted to a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Brixia make, Charles Daly 1911 model, .45 caliber pistol and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

\* \* \* \* \*

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924, the defendant shall forfeit to the United

2

States of America any firearm or ammunition involved in or used in the commission of the offense, including, but not limited to:

- a Brixia make, Charles Daly 1911 model, .45 pistol bearing serial number KTIT21G1466

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
ALLISON H. BEHRENS
Assistant United States Attorney