IN THE UNITED STATES DISTRICT COURT

DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>  Plaintiff,<br><br>v.<br><br>JOHN ROCKNE MENDENHALL,<br><br>  Defendant. | Case No.  1:22-cr-00105<br><br>WRIT OF HABEAS CORPUS AD PROSEQUENDUM<br><br><br>Judge Dale A. Kimball<br>Magistrate Judge Daphne A. Oberg |

TO: THE UNITED STATES MARSHAL FOR THE DISTRICT OF UTAH, OR TO ANY OTHER UNITED STATES MARSHAL, AND TO ANY AUTHORIZED OFFICER IN WHOSE CUSTODY THE DEFENDANT MAY BE HELD:

G R E E T I N G S:

We command you that you bring the body of JOHN ROCKNE MENDENHALL, now being confined at the Central Utah Correctional Facility in Gunnison, Utah, under the authority of the State of Utah, to appear in United States District Court for the District of Utah before the Honorable Judge Daphne A. Oberg on **November 29, at 1:30 p.m.** of said day, and from day-to-day thereafter, for purposes of an initial appearance hearing on the charges pending against the defendant in the United States District Court, and in the

above-entitled pending case; and for final disposition at a later date; and hold the said defendant at all times in your custody as an agent of the United States of America; that immediately after the conclusion of the proceedings and final disposition of the above-entitled case in the United States District Court, you return the defendant to the institution where the defendant was confined, under safe and secure conduct, and have you then and there make a return upon this Writ.

DATED this 23rd day of November, 2022.



_____
Daphne A. Oberg
Magistrate Court Judge