Query    Reports    Utilities    Help    What's New    Log Out

CLOSED,BRADY

# U.S. District Court
## Southern District of California (San Diego)
## CRIMINAL DOCKET FOR CASE #: 3:25-mj-06770-MMP All Defendants

Case title: USA v. Mendenhall

Date Filed: 12/08/2025

Date Terminated: 04/23/2026

Assigned to: Magistrate Judge Michelle M. Pettit

**Defendant (1)**

**John Rockne Mendenhall**
*TERMINATED: 04/23/2026*
14010081

represented by **Federal Defenders**
Federal Defenders of San Diego
225 Broadway
Suite 900
San Diego, CA 92101-5008
(619)234-8467
Fax: (619)687-2666
Email: cassd_ecf@fd.org
*TERMINATED: 12/10/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Jordan Balk Schaer**
Federal Defenders of San Diego, Inc.
225 Broadway
Suite 900
San Diego, CA 92101-5008
619-234-8467
Fax: 619-687-2666
Email: jordan_schaer@fd.org
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Public Defender or Community Defender Appointment*

**Pending Counts**

None

**Disposition**

**Highest Offense Level (Opening)**

None

| **Terminated Counts** | **Disposition** |
| --- | --- |
| None | |

**Highest Offense Level (Terminated)**

None

| **Complaints** | **Disposition** |
| --- | --- |
| 18:3583 - Violation of Supervised Release Conditions | |

---

**Plaintiff**

**USA**                                    represented by **U S Attorney CR**
U S Attorneys Office Southern District of
California
Criminal Division
880 Front Street
Room 6293
San Diego, CA 92101
(619)557-5610
Fax: (619)557-5917
Email: Efile.dkt.gc2@usdoj.gov
*TERMINATED: 12/10/2025*
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

**Sarah M. Fix**
DOJ-USAO
880 Front Street
San Diego, CA 92101
619-546-7614
Email: sarah.fix@usdoj.gov
*LEAD ATTORNEY*
*ATTORNEY TO BE NOTICED*
*Designation: Assistant United States*
*Attorney*

| Date Filed | # | Docket Text |
| --- | --- | --- |
| 12/05/2025 | | Arrest of John Rockne Mendenhall (no document attached) (gac) (Entered: 12/08/2025) |

| 12/08/2025 | 1 | OUT OF DISTRICT COMPLAINT as to John Rockne Mendenhall. (Attachments: # 1 Info Sheet)(gac) (Entered: 12/08/2025) |
|---|---|---|
| 12/08/2025 | 2 | Set/Reset Duty Hearings as to John Rockne Mendenhall: Initial Appearance - ODC set for 12/8/2025 before Magistrate Judge Michelle M. Pettit. (no document attached) (ecf) (Entered: 12/08/2025) |
| 12/08/2025 | 5 | Minute Entry for proceedings held before Magistrate Judge Michelle M. Pettit: Initial Appearance - Out of District Complaint as to the "person charged as" John Rockne Mendenhall held on 12/8/2025. Oral proffer confirmed. Federal Defenders appointed for John Rockne Mendenhall. Bond set as to John Rockne Mendenhall (1) No Bail. Government oral motion to detain(Flight). ( Detention Hearing - RF set for 12/11/2025 10:30 AM before Magistrate Judge Michelle M. Pettit. Removal/ID Hearing set for 12/18/2025 01:30 PM before Magistrate Judge Michelle M. Pettit.) (CD# 12/8/2025 MMP 25-1:4:24-4:34). (Plaintiff Attorney Sarah Fix AUSA). (Defendant Attorney Jeremy Dang FD-S/A). (no document attached) (aje) (Entered: 12/09/2025) |
| 12/08/2025 | 6 | Oral MOTION to Detain (Flight)by USA as to John Rockne Mendenhall. (no document attached) (aje) (Entered: 12/09/2025) |
| 12/08/2025 | 7 | ***English. No Interpreter needed as to John Rockne Mendenhall (no document attached) (aje) (Entered: 12/09/2025) |
| 12/08/2025 | 8 | CJA 23 Financial Affidavit by John Rockne Mendenhall.(ajs) (Entered: 12/09/2025) |
| 12/08/2025 | 9 | ORDER as to John Rockne Mendenhall: The Court orders the United States to comply with the continuing duty to disclose evidence which is favorable to the defendant as required by Brady v. Maryland, 373 U.S. 83 (1963), and its progeny. Upon finding that the government has failed to comply with this order, the Court may, as appropriate, order the production of such information, grant a continuance, impose evidentiary sanctions, or, in extreme cases, dismiss charges.. Signed by Magistrate Judge Michelle M. Pettit on 12/8/25. (aje) (Entered: 12/09/2025) |
| 12/09/2025 | 3 | NOTICE OF ATTORNEY APPEARANCE: Jordan Balk Schaer appearing for John Rockne Mendenhall (Schaer, Jordan)Attorney Jordan Balk Schaer added to party John Rockne Mendenhall(pty:dft) (jpp). (Entered: 12/09/2025) |
| 12/09/2025 | 4 | Notice of Assertion of Rights by John Rockne Mendenhall (Schaer, Jordan) (jpp). (Entered: 12/09/2025) |
| 12/10/2025 | 10 | NOTICE OF ATTORNEY APPEARANCE Sarah M. Fix appearing for USA. (Fix, Sarah)Attorney Sarah M. Fix added to party USA(pty:pla) (jpp). (Entered: 12/10/2025) |
| 12/11/2025 | 11 | Minute Entry for proceedings held before Magistrate Judge Michelle M. Pettit: Detention Hearing as to John Rockne Mendenhall held on 12/11/2025. USA oral motion for detention (RF)(ECF No. 6) is moot as to John Rockne Mendenhall. Defendant waives his right to a detention hearing in this District and is ordered detained without prejudice. Removal/ID Hearing as to John Rockne Mendenhall held on 12/11/2025. Defendant waives Removal/ID hearing, waiver filed. Defendant is ordered removed to the District of Utah. (CD# 12/11/2025 MMP 25:12:00-12:03). (Plaintiff Attorney Sarah Fix, AUSA). (Defendant Attorney Jordan Schaer, FD). (no document attached) (yem) (Entered: 12/11/2025) |
| 12/11/2025 | 12 | ORDER OF DETENTION as to John Rockne Mendenhall. Signed by Magistrate Judge Michelle M. Pettit on 12/11/2025. (rmc) (Entered: 12/12/2025) |

| 12/11/2025 | 13 | WAIVER of Rule 5(c)(3) Hearing by John Rockne Mendenhall (gsw) (Entered: 04/23/2026) |
|---|---|---|
| 12/11/2025 | 14 | WARRANT of Removal to District of Utah Issued as to John Rockne Mendenhall. (gsw) (Entered: 04/23/2026) |
| 04/23/2026 | 15 | NOTICE to Receiving District: **(District of Utah)**, of Case Removal, as to John Rockne Mendenhall. The following documents are available on the public docket: 13 Waiver of Rule 5(c)(3) Hearing, 1 Out of District Complaint, 4 Notice of Assertion of Rights, 14 Warrant of Removal Issued, 3 Notice of Attorney Appearance - Defendant, 9 Order re Rule 5(f) Advisal - Brady Advisal,, 8 Financial Affidavit - CJA23, 12 Order of Detention, 10 Notice of Attorney Appearance - USA. Additional documents will be sent via Email. To request additional transfer information and/or to submit acknowledgment re receipt of transfer, please email InterdistrictTransfer_CASD@casd.uscourts.gov.. Restricted Documents mailed to receiving district. (gsw) (Entered: 04/23/2026) |