# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

## ARREST ON OUT-OF-DISTRICT OFFENSE

CASE NUMBER:    **25mj6770**
(D/UT No.: **1:22-cr-00105-DAK-1**)

The person charged as **JOHN ROCKNE MENDENHALL** now appears before this United States

District Court for an initial appearance as a result of the matter having been filed in the **United States District**

**Court for the District of Utah** with:

| Code Section | Offense Description |
|---|---|
| **18 U.S.C. § 3583** | **Violation of Supervised Release Conditions** |

The charging documents and warrants for the arrest of the defendant which was issued by the above

United States District Court are attached hereto.

I hereby swear under penalty of perjury that the foregoing is true and correct to the best of my

knowledge, information, and belief.

DATED: 08DEC25

_____ (signature)

Justin Brown
Supervisory Deputy United States Marshal

Reviewed and Approved

DATE: 12/8/25

_____ (signature)

Sarah Fix        (print)
Assistant United States Attorney

AO 442

# United States District Court

for the

**District of Utah**

UNITED STATES OF AMERICA

V.

Mendenhall

> **RECEIVED**
> By THewlett at 1:48 pm, Mar 31, 2025

Case No: 1:22-cr-00105-DAK-1

## ARREST WARRANT

To:    The United States Marshal
       and any authorized law enforcement officer

YOU ARE HEREBY COMMANDED to arrest and bring before a United States magistrate judge without unnecessary delay (name of person to be arrested)   **JOHN ROCKNE MENDENHALL**                                                              ,

who is accused of an offense or violation based on the following document filed with the court:

| | | |
|---|---|---|
| ☐ Indictment | ☐ Superseding Indictment | ☐ Information   ☐ Superseding Information |
| ☐ Complaint   ☐ Order of court | ☐ Violation Notice   ☐ Probation Violation Petition | |
| ☒ Supervised Release Violation Petition | | |

This offense is briefly described as follows:

   **Alleged Violations of Conditions of Supervised Release**

in violation of _____   United States Code.

| | |
|---|---|
| Dale A. Kimball | United States District Judge |
| Name of Issuing Officer | Title of Issuing Officer |
| *[signature]* | March 31, 2025 at Salt Lake City, Utah |
| Signature of Issuing Officer | Date and Location |

By:    Elizabeth Toscano
       Deputy Clerk

Bail fixed _____ by _____
                                                    Name of Judicial Officer

| RETURN | | |
|---|---|---|
| This warrant was received and executed with the arrest of the above-named defendant at _____ | | |
| DATE RECEIVED | NAME AND TITLE OF ARRESTING OFFICER | SIGNATURE OF ARRESTING OFFICER |
| DATE OF ARREST | | |

## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF UTAH

### Petition and Order for Warrant for Person Under Supervision

Name of Person: **John Rockne Mendenhall**                    Docket Number: **1:22CR00105-001**

Name of Sentencing Judicial Officer:    **Honorable Dale A. Kimball**
                                        **Senior U.S. District Judge**

Date of Original Sentence: **May 18, 2023**
Original Offense: **Felon in Possession of a Firearm and Ammunition**
Original Sentence:   **24 Months Imprisonment / 36 Months Supervised Release**

Type of Supervision: **Supervised Release**            Supervision Began: **January 29, 2025**

### PETITIONING THE COURT

☒   To issue a warrant and toll the supervision term

Last known address: 1540 South Roberta Street, South Salt Lake, Utah 84115

### CAUSE

The probation officer believes the person under supervision has violated the conditions of supervision as follows:

**Allegation No. 1:** On March 19, 2025, the person under supervision failed to report to the U.S. Probation Officer as instructed.

**Allegation No. 2:** The person under supervision failed to notify his U.S. Probation Officer of his change in living arrangements. On March 20, 2025, the defendant was directed to contact his U.S. Probation Officer daily to provide updates on his whereabouts due to his unstable living situation. The defendant last contacted probation on March 24th, and his whereabouts have been unknown since then.

Evidence in support of these allegations includes records of the U.S. Probation Office.

I declare under penalty of perjury that the foregoing is true and correct.

by Kory Petersen
U.S. Probation Officer
March 31, 2025

PROB 12C
D/UT 03/19

John Rockne Mendenhall
1:22CR00105-001

## THE COURT ORDERS:

☒   The issuance of a warrant and tolling of the supervision time
☐   The issuance of a summons
☐   Expedited hearing set for: _____ at _____ before
U.S. Magistrate Judge _____
☐   No action
☐   Other

_____
Honorable Dale A. Kimball
Senior United States District Judge
Date: ___March 31, 2025_____

FILED US District Court-UT
NOV 09 '22 AM11:00

TRINA A. HIGGINS, United States Attorney (#7349)
ALLISON H. BEHRENS, Assistant United States Attorney (#38482MO)
Attorneys for the United States of America
111 South Main Street, Suite 1800
Salt Lake City, Utah 84111
Telephone: (801) 524-5682

## IN THE UNITED STATES DISTRICT COURT

### DISTRICT OF UTAH

| | |
|---|---|
| UNITED STATES OF AMERICA, | INDICTMENT |
| Plaintiff, | Count 1: 18 U.S.C. § 922(g)(1), Felon in Possession of a Firearm and Ammunition |
| vs. | |
| JOHN ROCKNE MENDENHALL, | Count 2: 18 U.S.C. § 922(g)(3), Unlawful Drug User and Addict in Possession of a Firearm |
| Defendant. | |
| | Case: 1:22-cr-00105 Assigned To : Kimball, Dale A. Assign. Date : 11/8/2022 |

The Grand Jury charges:

COUNT 1
18 U.S.C. § 922(g)(1)
(Felon in Possession of a Firearm and Ammunition)

On or about July 24, 2022, in the District of Utah,

JOHN ROCKNE MENDENHALL,

defendant herein, knowing he had previously been convicted of a crime punishable by

imprisonment for a term exceeding one year, knowingly possessed a firearm, to wit: a

Brixia make, Charles Daly 1911 model, .45 caliber pistol and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

COUNT 2
18 U.S.C. § 922(g)(3)
(Unlawful Drug User and Addict in Possession of a Firearm)

On or about July 24, 2022, in the District of Utah,

JOHN ROCKNE MENDENHALL,

defendant herein, knowing he was an unlawful user of a controlled substance and was addicted to a controlled substance as defined in 21 U.S.C. § 802, did knowingly possess a firearm, to wit: a Brixia make, Charles Daly 1911 model, .45 caliber pistol and ammunition, and the firearm and ammunition were in and affecting commerce; in violation of 18 U.S.C. § 922(g)(1).

* * * * *

**NOTICE OF INTENT TO SEEK FORFEITURE**

Pursuant to 18 U.S.C. § 924(d)(1) and 28 U.S.C. § 2461(c), upon conviction of any offense violating 18 U.S.C. §§ 922 or 924, the defendant shall forfeit to the United

2

States of America any firearm or ammunition involved in or used in the commission of

the offense, including, but not limited to:

- a Brixia make, Charles Daly 1911 model, .45 pistol bearing serial number

  KTIT21G1466

A TRUE BILL:

/s/
_____
FOREPERSON OF THE GRAND JURY

TRINA A. HIGGINS
United States Attorney

_____
ALLISON H. BEHRENS
Assistant United States Attorney